STATE OF NEW JERSEY v. ARTHUR FULLER.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD RAY WEST.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM RODRIGUEZ.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY, BY COMMISSIONER OF TRANSPORTATION v. JOHN N. MANDIS, *ET AL.*

June 30, 1972. Petition for certification denied. (See 119 *N. J. Super.* 59)

RUTH METSKY REGUNBERG v. SEYMOUR METSKY.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. OTTO EMIL BECK.

June 30, 1972. Petition for certification denied.